Form a0ogrffy
(Rev. 6/25)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

*In re*:
    Everitt S. Lilly

    *Debtor.*

SSN:    xxx−xx−9632

Case No. 25−54444
Chapter 13
Judge Tiffany Strelow Cobb

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The Debtor having applied for authority to pay the filing fee in installments, it is ORDERED that the Debtor shall pay the filing fee in installments on the terms proposed in the application.

If an installment payment is due on a day when the clerk's office is closed for business, then the payment date is extended to the next day that the clerk's office is open for business. The clerk's office is not open for business on Saturday, Sunday, or a legal holiday.

**The Court will NOT provide separate notice of a missed installment payment. If any payment is not made by the time it is due, the bankruptcy case may be dismissed without further notice or hearing and the rights of the Debtor in future bankruptcy cases may be affected.**

The Debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with this bankruptcy case. The Debtor must also pay the entire filing fee to receive a discharge.

Filing fees, administrative fees and other scheduled fees and charges are payable electronically. Please visit https://www.ohsb.uscourts.gov for more information.

Filing fees, administrative fees and other scheduled fees and charges are also payable by money order, cashier's check, law firm check, or trustee's check made payable to "Clerk, United States Bankruptcy Court." Credit card payments by non−debtors are accepted. Cash payments and personal checks are not accepted. Payments should be remitted to:

**United States Bankruptcy Court**
**170 North High Street**
**Columbus, OH 43215−2414**

If payment is made by mail and a receipt of the payment is desired, a self−addressed stamped envelope must be included.

**SO ORDERED.**

Dated: October 9, 2025

Tiffany Strelow Cobb
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 25-54444-tsc |
| Everitt S. Lilly | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 1 of 1 |
| Date Rcvd: Oct 09, 2025 | Form ID: a0ogrffy | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Everitt S. Lilly, 5317 Karst Circle, South Bloomfield, OH 43103-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 11, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Danielle R Weinzimmer | on behalf of Debtor Everitt S. Lilly danielle@cwbklaw.com  courtney@cwbklaw.com,24661@notices.nextchapterbk.com |
| Faye D. English | notices@ch13columbus.com |

TOTAL: 3